No. 94–1530. THINGS REMEMBERED, INC. *v.* PETRARCA. C. A. 6th Cir. [Certiorari granted, 514 U. S. 1095.] Motion of Connecticut Bar Association, Commercial Law and Bankruptcy Section, for leave to file a brief as *amicus curiae* granted.

No. 94–1592. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILROAD CO. ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1141.] Motion of the Solicitor General for divided argument granted.

No. 94–1809. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* EPSTEIN ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1141.] Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 95–5956 (A–256). JEFFERS *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

SEPTEMBER 15, 1995

No. 94–2054. NATIONAL ENVIRONMENTAL SERVICES CO., DBA NESCO, ET AL. *v.* TRACER RESEARCH CORP. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 94–9112. STOCKTON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.